**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**700 S. FLOWER ST., SUITE 1950**
**LOS ANGELES, CA 90017**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

# NOTICE OF RESCHEDULED HEARING

| IN RE: | CHAPTER 13 |
|---|---|
| **JODI SK FUNG** | CASE NO.: LA09-34622-AA |
| | **NOTICE OF RESCHEDULED TIME FOR §341(a) MEETING OF CREDITORS** |
| DEBTOR(S) | DATE: October 19, 2009<br>TIME:  2:30 pm<br>PLACE:  ERNST & YOUNG PLAZA<br>725 S. FIGUEROA ST. ROOM  103<br>LOS ANGELES, CA 90017 |

**PLEASE TAKE NOTICE THAT the previously scheduled §341(a) MEETING OF CREDITORS will now occur at the time and place listed above.**

**Dated:  10/13/09**

_[signature]_

_____

**Kathy A. Dockery**
**Chapter 13 Trustee**

**PROOF OF SERVICE BY U.S. MAIL**

I, Julie Wong, declare as follows:

I am employed in the County of Los Angeles, State of California.  My business address is 700 S. Flower Street, Suite 1950, Los Angeles, California 90017.  I am over the age of eighteen and not a party to this case.  On 10/13/09, I served the "**NOTICE OF RESCHEDULED TIME FOR §341(a) MEETING OF CREDITORS**" by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at Los Angeles, California addressed as follows:

[See Service list]

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and executed at Los Angeles, California.

DATED: 10/13/09

Julie Wong

**Service List**

United States Trustee (LA)
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

ETS SERVICES LLC
2255 NORTH ONTARIO STREET
SUITE 400
BURBANK, CA 91504-3120

GMAC MORTGAGE LLC
PO BOX 780
WATERLOO, IA 50704-0780

Jacob D Chang
1600 Wilshire Blvd 3rd Fl
Los Angeles, CA 90017

JACOB D CHANG
1600 WILSHIRE BOULEVARD
THIRD FLOOR
LOS ANGELES, CA 90017

JODI FUNG
4218 WHITSETT AVE 5
STUDIO CITY, CA 91604

JODI SK FUNG
5355-5361 W OLYMPIC & 955
DETROIT
LOS ANGELES, CA 90036

Kathy A Dockery
700 S. Flower Street, Suite 1950
Los Angeles, CA 90017

LAW OFFICES OF JACOB D CHANG
1600 WILSHIRE BLVD
3RD FLOOR
LOS ANGELES, CA 90017

LOAN CENTER OF CALIFORNIA INC
ONE HARBOR CENTER SUITE 188
SUISUN CITY, CA 94585