# United States Bankruptcy Court
# Central District Of California

### 255 East Temple Street, Los Angeles, CA 90012

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM CHAPTER 13 CONFIRMATION HEARING [11 U.S.C. §§ 349]

**DEBTOR INFORMATION:**
Jodi Sk Fung

**BANKRUPTCY NO.**  2:09–bk–34622–AA

**CHAPTER**  13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):**   xxx–xx–8006
**Employer Tax–Identification (EIN) No(s).(if any):**   N/A
**Debtor Dismissal Date:**  11/13/09

**Address:**
5355–5361 W Olympic & 955 Detroit
Los Angeles, CA 90036

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed;

(2)  the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362; and

(3)  pursuant to Bankruptcy Code Section 349, debtor is prohibited from filing any new bankruptcy petition unless:

    (a)  debtor files a motion to request permission to file a new bankruptcy case ("Motion"), and the Motion is supported by admissible evidence; and

    (b)  the court grants the Motion.

BY THE COURT,

Dated: November 13, 2009

**Jon D. Ceretto**
Clerk of Court